UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AH KIT TOO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKWELL MEDICAL, INC., ROBERT L. CHIOINI, AND THOMAS E. KLEMA,<br><br>Defendants. | Lead Case No. 1:18-CV-04253<br><br>District Judge Allyne R. Ross<br><br>Magistrate Judge Ramon E. Reyes, Jr.<br><br>CLASS ACTION |
| ROBERT SPOCK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKWELL MEDICAL, INC., ROBERT L. CHIOINI, AND THOMAS E. KLEMA,<br><br>Defendants. | Consolidated Case No. 1:18-CV-04993<br><br>District Judge Allyne R. Ross<br><br>Magistrate Judge Ramon E. Reyes, Jr.<br><br>CLASS ACTION |

**LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF DISSEMINATION OF NOTICE TO THE CLASS**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS FO RECORD HEREIN:

PLEASE TAKE NOTICE that Lead Plaintiffs Robert Spock and Duck Pond Partners, LP ("Lead Plaintiffs"), on behalf of themselves and all others similarly situated, will hereby move this Court on a date and at such time as may be designated by the Honorable Allyne R. Ross, Courtroom 8C S, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 for an order: (i) granting Preliminary Approval of the Proposed Settlement; (ii) certifying the proposed Settlement Class; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to the Settlement Class Members; and (iv) setting a date for a final Settlement Hearing and deadlines for providing notice of the Settlement, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Lead Plaintiffs' motion for final approval of the Settlement, and the filing of Co-Lead Counsel's application for attorneys' fees and expenses.

This motion is based upon the accompanying Memorandum of Law, the Declaration of Austin P. Van and the exhibits thereto ("Van Declaration") both filed simultaneously herewith, and other such matters and argument as the Court may consider at the hearing on this motion. The Stipulation and Agreement of Settlement (the "Stipulation") is attached as Exhibit 1 to the Van Declaration. The Defendants, as defined in the Stipulation, do not oppose this motion.

DATED: August 8, 2019

*/s/ Austin P. Van*
POMERANTZ LLP
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: avan@pomlaw.com

GLANCY PRONGAY & MURRAY LLP
Lesley F. Portnoy (LP-1941)
230 Park Ave., Suite 530
New York, New York 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: lportnoy@glancylaw.com

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2019, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Charles Brown
cbrown@goodwinlaw.com

J. Alexander Hood
ahood@pomlaw.com,abarbosa@pomlaw.com

Phillip Kim
pkim@rosenlegal.com

Jeremy Alan Lieberman
jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

Brian Michael Lutz
blutz@gibsondunn.com,aarias@gibsondunn.com

Brian E. Pastuszenski
BPastuszenski@goodwinlaw.com

Lesley Frank Portnoy
lportnoy@glancylaw.com

Daniel P. Roeser
DRoeser@goodwinlaw.com

Daniel Sadeh
dsadeh@bernlieb.com,ecf@bernlieb.com

Casey Sadler
csadler@glancylaw.com,casey-sadler-7351@ecf.pacerpro.com

/s/ Austin P. Van
Austin P. Van