**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AH KIT TOO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKWELL MEDICAL, INC., ROBERT L. CHIOINI, AND THOMAS E. KLEMA,<br><br>Defendants. | Lead Case No. 1:18-cv-04253<br><br>Honorable Allyne R. Ross<br><br>CLASS ACTION |
| ROBERT SPOCK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKWELL MEDICAL, INC., ROBERT L. CHIOINI, AND THOMAS E. KLEMA,<br><br>Defendants. | Consolidated Case No. 1:18-CV-04993<br><br>Honorable Allyne R. Ross<br><br>CLASS ACTION |

**NOTICE OF UNOPPOSED MOTION AND MOTION FOR**
**CLASS DISTRIBUTION ORDER**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Lead Plaintiffs Robert Spock and Duck Pond Partners, LP ("Lead Plaintiffs"),[1] by and through Lead Counsel, hereby move this Court for entry of the concurrently filed [Proposed] Class Distribution Order.

This motion is based on this Notice of Motion; the Memorandum of Law in support thereof; the Declaration of Cheri Meyer in Support of Lead Plaintiffs' Motion for Class Distribution Order; the Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process; the exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other such matters as the Court may consider at the hearing on this motion.

Defendants do not oppose this motion. Accordingly, Lead Plaintiffs respectfully request that the Court enter the [Proposed] Class Distribution Order.

Dated: June 29, 2021

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Casey E. Sadler*
Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: info@glancylaw.com

*Lead Counsel for Lead Plaintiffs*

[1] All capitalized terms that are not otherwise defined herein have the same meanings as set forth in the Stipulation and Agreement of Settlement dated August 6, 2019. ECF No. 55-8.

**POMERANTZ LLP**
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
avan@pomlaw.com

*Lead Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.

Dated: June 29, 2021

*s/ Casey E. Sadler*
Casey E. Sadler